SM/ETS: USAO #2013R00897

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | BY_____DEPUTY | |
| v. | * | CRIMINAL NO. ELH-14-0510 |
| | * | |
| SHANNON BANKS | * | (Possession of a Firearm by a Convicted |
| | * | Felon, 18 U.S.C. § 922(g)(1); Possession |
| Defendant | * | With Intent to Distribute Cocaine, 21 |
| | * | U.S.C. § 841(a)(1); Forfeiture, 18 U.S.C. |
| | * | § 924(d) and 21 U.S.C. § 853(a)) |
| | * | |
| | * | |

*******

**INFORMATION**

**COUNT ONE**

The United States Attorney for the District of Maryland charges that:

On or about April 11, 2014, in the District of Maryland, the defendant,

**SHANNON BANKS**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess in and affecting commerce each of the following firearms, to wit: one loaded

Smith & Wesson .45 caliber semi-automatic handgun and ammunition; one Maverick Mossberg

12 gauge shotgun bearing serial number MV07259J; and one loaded Colt .22 caliber handgun

bearing serial number PH29053 and ammunition.

18 U.S.C. § 922(g)(1)

### COUNT TWO

The United States Attorney for the District of Maryland charges that:

On or about April 11, 2014, in the District of Maryland, the defendant,

### SHANNON BANKS

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

21 U.S.C. § 841(a)(1)

## FORFEITURE

The United States Attorney for the District of Maryland finds that:

1.      Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of the offense set forth in in Count One of this Information, the defendant, **SHANNON BANKS,** shall forfeit to the United States, any firearms and ammunition involved in the commission of the offense, including, but not limited to:

   a.   a loaded Smith & Wesson .45 caliber semi-automatic handgun and ammunition seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

   b.   a Maverick Mossberg 12 gauge shotgun bearing serial number MV07259J seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014; and

   c.   a loaded Colt .22 caliber handgun bearing serial number PH29053 and ammunition seized from located at 5441 Moose Lodge Road, Unit "B35," Cambridge, Maryland 21613 on April 15, 2014.

2.      Pursuant to Title 21 U.S.C. § 853(a), upon conviction of the offense set forth in in Count Two of the Information, the defendant, **SHANNON BANKS,** shall forfeit to the United States of America:

   a.   any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and

   b.   any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

including, but not limited to the following property:

   a.   $173,020.00 in U.S. currency seized from 5441 Moose Lodge Road, Unit "B35," Cambridge, Maryland 21613 on April 15, 2014;

   b.   $5,280.00 in U.S. currency seized from Bank of America account number ****1122, in the name of Shannon Banks, on April 11, 2014;

   c.   a black international "party bus," with VIN 1HVBEABM5YH274981;

d. a silver Lincoln passenger car, VIN 1LNHM82W7XY624991;

e. a Sharp Aquos 3D TV with serial number 306819245 seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

f. a Samsung TV with serial number ZCPJ3CUD700028J seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

g. a Samsung TV with serial number Z76S3CZD800142M seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

h. a Samsung TV with serial number Z7F73CXD600326F seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

i. a Samsung TV with serial number Z5QQ3CSD806585X seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

j. a Samsung TV with serial number Z7903CED420654Y seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

k. a Samsung TV with serial number Z6VL3CZD80259W seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

l. a Samsung TV with Soundbar and with serial number Z72B3CXD8041516 seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

m. a Samsung TV with Soundbar with serial number AJ723CSP80449ZH seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

n. all remotes and controllers for the televisions listed above seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

o. a bracelet in an RK Jewelers box in clear plastic baggie seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

p. a bracelet in an Emporio Armani box seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

q. two Cross necklaces in an Elite box seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

r. a Cross pendant in a small baggie in clear plastic bag seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

s. a necklace in a small baggie in clear plastic bag seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

t.  a pair of Verace Glasses with case, model 2126 seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

u.  a pair of Verace Glasses with case, model 2119 seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

v.  a pair of Prada Glasses with case, SPS07M seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

w.  a Don & Co. watch in a clear plastic baggie seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

x.  an Emporio Armani Watch in a black Armani box seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

y.  two Michael Kors watches, each in its own brown Michael Kors box seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014;

z.  a Don & CO watch in a brown Michael Kors box with interchangeable bands seized from 5464 Moose Lodge Road, Cambridge, Maryland on April 11, 2014.

3.  If any of the property described above, as a result of any act or omission of the defendants:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(a)
21 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2.(a)

_____
Rod J. Rosenstein
United States Attorney